IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SERGEANT EDWARD R.
HOLESTIN,

       Petitioner,

v.

STATE OF FLORIDA, FLORIDA
ARMY NATIONAL GUARD,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5487

Opinion filed February 4, 2015.

Petition for Writ of Prohibition -- Original Jurisdiction.

CPT R. Elliot D. Potter and LTC Edward J. O'Sheehan, Florida National Guard, St. Augustine, for Petitioner.

Jacquin Gilchrist, Miami; Jeffrey Michael Pozen, Jacksonville, for Respondent.

PER CURIAM.

       DENIED.

LEWIS, C.J., WOLF, and ROBERTS, JJ., CONCUR.